# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-5168**

**September Term, 2020**

**1:20-cv-01221-UNA**

**Filed On:** October 30, 2020

Brud Rossmann, Esquire,

      Appellant

    v.

Lennert Leader, et al.,

      Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Henderson and Katsas, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 27, 2020, be affirmed. Appellant has not demonstrated that the district court abused its discretion in dismissing the complaint for failure to comply with Federal Rule of Civil Procedure 8(a), which requires "a short and plain statement of the grounds for the court's jurisdiction," and "a short and plain statement of the claim showing that the pleader is entitled to relief." See Ashcroft v. Iqbal, 556 U.S. 662, 677-78 (2009); Ciralsky v. CIA, 355 F.3d 661, 668-69 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                        FOR THE COURT:
                        Mark J. Langer, Clerk

          BY:    /s/
                 Daniel J. Reidy
                 Deputy Clerk